UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LESLIE DAMARE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 3:24-CV-554-PPS-AZ |
| | ) |
| MICHAELS MANAGEMENT AFFORDABLE, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Parties have filed a Stipulation of Voluntary Dismissal stipulating to the dismissal of this entire case without prejudice. [DE 63].

**ACCORDINGLY**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties' Stipulation of Voluntary Dismissal [DE 63] is **GRANTED**. All claims asserted in this matter are **DISMISSED WITHOUT PREJUDICE**. The Clerk is **ORDERED** to **CLOSE THIS CASE**.

**SO ORDERED**.

ENTERED: October 21, 2025.

                                                /s/ Philip P. Simon
                                                PHILIP P. SIMON, JUDGE
                                                UNITED STATES DISTRICT COURT